UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Eneida M Diaz-Castro <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.25-11148-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 23rd day of July, 2025, by first class mail upon those listed below:

Eneida M Diaz-Castro
1909 Line Alley
Northampton, PA  18067

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

                                                 */s/ Kristen Gliem*
                                                 Kristen Gliem
                                                 for
                                                 Scott F. Waterman, Esquire
                                                 Standing Chapter 13 Trustee