| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11148-PMM

| | |
|---|---|
| Eneida M Diaz-Castro | Petition Filed Date: 03/25/2025 |
| 1909 Line Alley | 341 Hearing Date: 04/29/2025 |
| Northampton  PA    18067 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2025 | $75.00 | | 07/08/2025 | $75.00 | | | | |

**Total Receipts for the Period: $150.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $301.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT FIRST NA »» 001 | Unsecured Creditors | $562.45 | $0.00 | $0.00 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $1,621.24 | $0.00 | $0.00 |
| 3 | MARINER FINANCE LLC »» 03S | Secured Creditors | $1,611.78 | $0.00 | $0.00 |
| 4 | MARINER FINANCE LLC »» 03U | Unsecured Creditors | $96.32 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $1,470.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $4,149.66 | $0.00 | $0.00 |
| 7 | DISCOVER BANK »» 006 | Unsecured Creditors | $6,031.40 | $0.00 | $0.00 |
| 8 | LOAN DEPOT »» 007 | Mortgage Arrears | $3,635.97 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $6,320.34 | $0.00 | $0.00 |
| 10 | INDEPENDENCE CAPITAL RECOVERY LLC »» 009 | Unsecured Creditors | $6,776.91 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $8,680.16 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,533.99 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $521.24 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $385.26 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $435.79 | $0.00 | $0.00 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION »» 015 | Secured Creditors | $518.18 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11148-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,118.02 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $1,148.09 | $0.00 | $0.00 |
| 19 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $2,935.91 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $748.48 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT INC<br>»» 020 | Unsecured Creditors | $1,360.76 | $0.00 | $0.00 |
| 22 | CITIBANK NA<br>»» 021 | Unsecured Creditors | $3,875.92 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $301.99 | Current Monthly Payment: | $75.00 |
| Paid to Claims: | $0.00 | Arrearages: | $73.01 |
| Paid to Trustee: | $16.60 | Total Plan Base: | $4,500.00 |
| Funds on Hand: | $285.39 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.