**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eneida M. Diaz-Castro,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-11148-pmm<br>Chapter 13 |

### Certificate of Service

I, Brad J. Sadek, certify that on November 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Approve Loan Modification

- Notice of Motion, Response Deadline, and Hearing Date

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 16, 2025　　　　　　　/s/ Brad J. Sadek
　　　　　　　　　　　　　　　　　　　Brad J. Sadek
　　　　　　　　　　　　　　　　　　　Sadek Law Offices, LLC
　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OH 44181-8011 | Creditor | ☒ First Class Mail |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Creditor | ☒ First Class Mail |
| Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Dr<br>Nottingham MD 21236-5904 | Creditor | ☒ First Class Mail |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Creditor | ☒ First Class Mail |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas TX 75267-3033 | Creditor | ☒ First Class Mail |
| Discover Bank<br>PO Box 3025<br>New Albany OH 43054-3025 | Creditor | ☒ First Class Mail |
| loanDepot.com, LLC<br>5465 Legacy Drive, Suite 400<br>Plano TX 75024 | Creditor | ☒ First Class Mail |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | Creditor | ☒ First Class Mail |
| Atlas Acquisitions LLC<br>on behalf of Independence Capital<br>Recove<br>492C Cedar Lane, Ste 442<br>Teaneck NJ 07666 | Creditor | ☒ First Class Mail |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | Creditor | ☒ First Class Mail |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 | Creditor | ☒ First Class Mail |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison TX 75001 | Creditor | ☒ First Class Mail |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Creditor | ☒ First Class Mail |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren MI 48090 | Creditor | ☒ First Class Mail |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | Creditor | ☒ First Class Mail |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | Creditor | ☒ First Class Mail |