**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eneida M. Diaz-Castro,<br><br>                              *Debtor*. | Case No. 25-11148-pmm<br>Chapter 13 |

**Certificate of No Response**

1. I certify that Sadek Law Offices, LLC has received no answer, objection, or other responsive pleading to the Debtor's Motion to Approve Loan Modification filed on November 16, 2025.

2. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon.

3. Pursuant to the notice filed with the motion, objections were to be filed and served on or before December 1, 2025.

4. I respectfully request that the proposed order attached to the motion be entered at the earliest convenience of the Court.

Date: December 13, 2025        /s/ Brad J. Sadek, Esq.
                               Brad J. Sadek, Esq.
                               Sadek Law Offices LLC
                               1500 JFK Boulevard, Suite 220
                               Philadelphia, PA 19102
                               215-545-0008
                               brad@sadeklaw.com