**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eneida M. Diaz-Castro,<br><br>         *Debtor*. | Case No. 25-11148-pmm<br>Chapter 13 |

**Order Approving Loan Modification**

  **AND NOW**, after consideration of the Motion to Approve Loan Modification filed by Eneida M. Diaz-Castro, and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The loan modification agreement between the Debtor and LoanDepot.com LLC filed at ECF No. 20-1 is **APPROVED**.

Date:
**December 15, 2025**

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge