IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-11148-pmm |
|---|---|
| ENEIDA M DIAZ-CASTRO<br>         Debtor, | Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORTATION,<br>          Movant, | |
| v. | |
| ENEIDA M DIAZ-CASTRO, and<br>SCOTT F. WATERMAN, Trustee,<br>          Respondents. | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 5, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| **Eneida M Diaz-Castro**<br>1909 Line Alley<br>Northampton, PA 18067 | **BRAD J. SADEK**<br>**Sadek Law Offices, LLC**<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 |
|---|---|

Service via electronic communication:

| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135