IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ENEIDA M DIAZ-CASTRO<br>　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>　　　Movant,<br><br>　　v.<br><br>ENEIDA M DIAZ-CASTRO, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　Respondents. | Bankruptcy No. 25-11148-pmm<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 23rd day of ____February____, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

　　a.  Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit
　　　　Corporation in the 2023 Toyota RAV4, VIN: 2T3F1RFV0PC325575.

　　b.  The stay provision of Fed. R. Bankr. P. 4001(a)(3) (4) does not apply to this order.

BY THE COURT:

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge