United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Eneida M Diaz-Castro

    Debtor

Case No. 25-11148-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eneida M Diaz-Castro, 1909 Line Alley, Northampton, PA 18067-1311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Eneida M Diaz-Castro brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CRAIG H. FOX | on behalf of Creditor Mariner Finance  LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LOANDEPOT.COM  LLC ekishbaugh@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Feb 23, 2026                          Form ID: pdf900                                Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Feb 23, 2026                          Form ID: pdf900                                Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>ENEIDA M DIAZ-CASTRO<br>　　　　Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORTATION,<br>　　　　Movant,<br><br>　　v.<br><br>ENEIDA M DIAZ-CASTRO, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Bankruptcy No. 25-11148-pmm<br><br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 23rd day of ___February___, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2023 Toyota RAV4, VIN: 2T3F1RFV0PC325575.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge