**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Eneida M Diaz-Castro | : | Chapter 7 |
| | : | Case No: 25-11148-PMM |
| Debtor (s) | : | |

### PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Debtor, Eneida M Diaz-Castro, by and through the undersigned counsel hereby requests this Honorable Court to convert the above captioned Bankruptcy filing from a Chapter 13 to a Chapter 7 Bankruptcy. Any applicable schedules and statements required in support will be amended.

Dated: April 1, 2026                    /s/ Brad J. Sadek, Esquire
                                        Brad J. Sadek, Esquire
                                        Sadek Law Offices
                                        1500 JFK Blvd., Suite 220
                                        Philadelphia, PA 19107
                                        215-545-0008