**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | |
| **ENEIDA M. DIAZ-CASTRO,** | **:** | |
| **Debtor(s)** | **:** | **BANKRUPTCY NO.  25-11148-pmm** |
| | **:** | |
| **MARINER FINANCE, LLC** | **:** | **Chapter 13** |
| **Moving Party** | **:** | |
| **vs.** | **:** | |
| | **:** | **Hearing Date: April 2, 2026** |
| **ENEIDA M. DIAZ-CASTRO,** | **:** | |
| **Respondent(s)** | **:** | |

**PRAECIPE TO WITHDRAW**
**OBJECTION OF MARINER FINANCE, LLC**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

To the Clerk:

Kindly withdraw the Objection of Mariner Finance, LLC to Confirmation of Chapter 13 Plan.

Respectfully submitted,

/s/ Craig H. Fox, Esquire
Fox and Fox Attorneys at Law, PC
By: Craig H. Fox, Esquire
Attorney I.D. #49509
700 E. Main Street, Suite 200
Norristown, PA  19401
Telephone:  (610) 275-7990
Facsimile:  (610) 275-2866
cfox@foxandfoxlaw.com