United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11148-pmm |
| Eneida M Diaz-Castro | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 02, 2026 | Form ID: 210U | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eneida M Diaz-Castro, 1909 Line Alley, Northampton, PA 18067-1311 |
| cr | + | Mariner Finance, LLC, c/o Craig H. Fox, Esquire, Suite 200, 700 E. Main Street, Norristown, PA 19401 UNITED STATES 19401-4122 |
| 14990649 | | 10 Ppl Electric Utilities Corpora, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990656 | + | Community Bank, 219 S Ninth St, Perkasie, PA 18944-1325 |
| 14990660 | | First Commonwealth Fcu, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14993509 | + | LOANDEPOT.COM, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14999209 | + | Mariner Finance, LLC, Fox and Fox Attorneys at Law, P.C., c/o Craig H. Fox, Esquire, Suite 200, 700 E. Main Street Norristown, PA 19401-4122 |
| 14999251 | + | Mariner Finance, LLC, Fox and Fox Attorneys at Law, P.C., c/o Craig H. Fox, Esquire, Suite 200, 700 E. Main Street, Norristown, PA 19401-4122 |
| 14990668 | | Merrick Bank Corp, 5770 Roosevelt Blvd Ste 410, Clearwater, FL 33760 |
| 15006014 | + | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12614, Norfolk, VA 23541-0614 |
| 14990644 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 03 2026 00:21:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 03 2026 00:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Apr 03 2026 00:21:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15005278 | | Email/Text: bnc@atlasacq.com | Apr 03 2026 00:21:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14990650 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15001374 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14990652 | | Email/Text: BKPT@cfna.com | Apr 03 2026 00:21:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14990648 | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14995518 | | Email/Text: BKPT@cfna.com | Apr 03 2026 00:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14990651 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 00:30:42 | Capital One, Attn: Bankruptcy, PO Box 30285, |

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 14990653 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 00:30:56 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14990654 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 00:30:46 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14990655 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 00:30:54 | Citibank N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15015027 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 00:30:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14990657 | Email/Text: bdsupport@creditmanagementcompany.com | Apr 03 2026 00:22:00 | Credit Management Company, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14990658 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2026 00:30:54 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14990666 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 00:30:46 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 15001661 | Email/Text: mrdiscen@discover.com | Apr 03 2026 00:21:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14990659 | Email/Text: mrdiscen@discover.com | Apr 03 2026 00:21:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14990661 | Email/Text: BNSFS@capitalsvcs.com | Apr 03 2026 00:21:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14990662 | Email/Text: bankruptcy@firstpointcollectionresources.com | Apr 03 2026 00:22:00 | Firstpoint Collection Resources, Attn: Bankruptcy, 225 Commerce Pl, Greensboro, NC 27401-2426 |
| 14990663 | Email/Text: Bankruptcy@ICSystem.com | Apr 03 2026 00:21:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990641 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2026 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008668 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2026 00:22:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15003028 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 03 2026 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14990664 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2026 00:31:02 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15012692 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 00:30:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990665 | + Email/Text: bknotification@loandepot.com | Apr 03 2026 00:22:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 14996725 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990667 | Email/Text: bankruptcy@marinerfinance.com | Apr 03 2026 00:21:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15012934 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15005487 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 00:31:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14990669 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 00:30:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

District/off: 0313-4                     User: admin                              Page 3 of 4

Date Rcvd: Apr 02, 2026                  Form ID: 210U                            Total Noticed: 60

| ID | | Notice Method/Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14990642 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14990645 | ^ | MEBN | Apr 03 2026 00:19:40 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14990647 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15000853 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2026 00:21:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14990670 | | Email/Text: bankruptcy@snapfinance.com | Apr 03 2026 00:21:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 15013088 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 03 2026 00:30:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14990671 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:41 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990672 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:52 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990673 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 00:30:52 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990674 | ^ | MEBN | Apr 03 2026 00:19:29 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259004, Plano, TX 75025-9004 |
| 15011102 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 03 2026 00:21:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14990646 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 03 2026 00:22:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 14990643 | ^ | MEBN | Apr 03 2026 00:19:25 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14990675 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 03 2026 00:31:03 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 14993267 | ^ | MEBN | Apr 03 2026 00:19:27 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15002696 | + | Email/Text: bknotification@loandepot.com | Apr 03 2026 00:21:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4                          User: admin                                  Page 4 of 4
Date Rcvd: Apr 02, 2026                  Form ID: 210U                            Total Noticed: 60

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

BRAD J. SADEK
                                  on behalf of Debtor Eneida M Diaz-Castro brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

CRAIG H. FOX
                                  on behalf of Creditor Mariner Finance  LLC bankruptcy@foxandfoxlaw.com,
                                  cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

JOHN ERIC KISHBAUGH, I
                                  on behalf of Creditor LOANDEPOT.COM  LLC ekishbaugh@kmllawgroup.com

KERI P EBECK
                                  on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
                                  btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
                                  on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Eneida M Diaz−Castro                                     Case No: 25−11148−pmm

    Debtor(s)

_____

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 4/2/26

Mohung Wong
Clerk of Court

46
Form 210U