United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-11148-pmm

Eneida M Diaz-Castro                                                                Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 4

Date Rcvd: Apr 03, 2026                       Form ID: 309A                                  Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eneida M Diaz-Castro, 1909 Line Alley, Northampton, PA 18067-1311 |
| 14990649 | | 10 Ppl Electric Utilities Corpora, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990656 | + | Community Bank, 219 S Ninth St, Perkasie, PA 18944-1325 |
| 14990660 | | First Commonwealth Fcu, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14999209 | + | Mariner Finance, LLC, Fox and Fox Attorneys at Law, P.C., c/o Craig H. Fox, Esquire, Suite 200, 700 E. Main Street Norristown, PA 19401-4122 |
| 14990668 | | Merrick Bank Corp, 5770 Roosevelt Blvd Ste 410, Clearwater, FL 33760 |
| 15006014 | + | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12614, Norfolk, VA 23541-0614 |
| 14990644 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brad@sadeklaw.com | Apr 04 2026 00:05:00 | BRAD J. SADEK, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Apr 04 2026 04:03:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2026 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2026 00:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 04 2026 00:06:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15005278 | | EDI: ATLASACQU | Apr 04 2026 04:03:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14990650 | | EDI: BANKAMER | Apr 04 2026 04:02:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15001374 | | EDI: BANKAMER | Apr 04 2026 04:02:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14990652 | | EDI: CRFRSTNA.COM | Apr 04 2026 04:03:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14990648 | | Email/Text: megan.harper@phila.gov | Apr 04 2026 00:06:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14995518 | | EDI: CRFRSTNA.COM | Apr 04 2026 04:03:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |

| 14990651 | | EDI: CAPITALONE.COM | Apr 04 2026 04:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|---|
| 14990653 | | EDI: CITICORP | Apr 04 2026 04:03:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14990654 | | EDI: CITICORP | Apr 04 2026 04:03:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14990655 | | EDI: PRA.COM | Apr 04 2026 04:03:00 | Citibank N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15015027 | | EDI: CITICORP | Apr 04 2026 04:03:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14990657 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 04 2026 00:06:00 | Credit Management Company, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14990658 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2026 00:12:02 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14990666 | | EDI: CITICORP | Apr 04 2026 04:03:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 15001661 | | EDI: DISCOVER | Apr 04 2026 04:03:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14990659 | | EDI: DISCOVER | Apr 04 2026 04:03:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14990661 | | Email/Text: BNSFS@capitalsvcs.com | Apr 04 2026 00:05:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14990662 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Apr 04 2026 00:06:00 | Firstpoint Collection Resources, Attn: Bankruptcy, 225 Commerce Pl, Greensboro, NC 27401-2426 |
| 14990663 | | EDI: LCIICSYSTEM | Apr 04 2026 04:03:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990641 | + | EDI: IRS.COM | Apr 04 2026 04:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008668 | | EDI: JEFFERSONCAP.COM | Apr 04 2026 04:03:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15003028 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 04 2026 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14990664 | | EDI: JPMORGANCHASE | Apr 04 2026 04:02:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15012692 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2026 00:12:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990665 | + | Email/Text: bknotification@loandepot.com | Apr 04 2026 00:06:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 14996725 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2026 00:12:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990667 | | Email/Text: bankruptcy@marinerfinance.com | Apr 04 2026 00:05:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15012934 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2026 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15005487 | | EDI: PRA.COM | Apr 04 2026 04:03:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14990669 | | EDI: PRA.COM | Apr 04 2026 04:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA |

District/off: 0313-4                     User: admin                              Page 3 of 4

Date Rcvd: Apr 03, 2026                  Form ID: 309A                            Total Noticed: 58

| | | | | |
|---|---|---|---|---|
| | | | | 23502-4952 |
| 14990642 | + EDI: PENNDEPTREV | Apr 04 2026 04:03:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14990645 | ^ MEBN | Apr 04 2026 00:02:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14990647 | + Email/Text: bankruptcy@philapark.org | Apr 04 2026 00:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15000853 | EDI: Q3G.COM | Apr 04 2026 04:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14990670 | Email/Text: bankruptcy@snapfinance.com | Apr 04 2026 00:05:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 15013088 | + EDI: AIS.COM | Apr 04 2026 04:03:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14990671 | EDI: SYNC | Apr 04 2026 04:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990672 | EDI: SYNC | Apr 04 2026 04:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990673 | EDI: SYNC | Apr 04 2026 04:03:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990674 | ^ MEBN | Apr 04 2026 00:02:25 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259004, Plano, TX 75025-9004 |
| 15011102 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 04 2026 00:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14990646 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2026 00:06:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 14990643 | ^ MEBN | Apr 04 2026 00:02:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14990675 | EDI: WFHOME | Apr 04 2026 04:03:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 15002696 | + Email/Text: bknotification@loandepot.com | Apr 04 2026 00:05:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4                          User: admin                                    Page 4 of 4

Date Rcvd: Apr 03, 2026                       Form ID: 309A                             Total Noticed: 58

Date: Apr 05, 2026                 Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Eneida M Diaz–Castro<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5951<br>EIN:   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed in chapter:   13   3/25/25 | |
| Case number:   25–11148–pmm | | Date case converted to chapter:   7   4/1/26 | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Eneida M Diaz–Castro | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 1909 Line Alley<br>Northampton, PA 18067 | | |
| 4. | Debtor's attorney<br>Name and address | BRAD J. SADEK<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | | Contact phone 215–545–0008<br><br>Email:  brad@sadeklaw.com |
| 5. | Bankruptcy trustee<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | | Contact phone (609) 923–7184<br><br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Debtor  **Eneida M Diaz–Castro**                                          Case number **25–11148–pmm**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 4/3/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 4, 2026 at 12:40 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264–3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/6/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |