Certificate Number: 03088-PAE-DE-040859348

Bankruptcy Case Number: 25-11148



03088-PAE-DE-040859348

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2026</u>, at <u>4:12</u> o'clock <u>PM CDT</u>, <u>Eneida  M  Diaz-Castro</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 15, 2026</u>          By:     <u>/s/Susan D Gann for Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:   <u>Counselor</u>