United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 25-11148-pmm

Eneida M Diaz-Castro                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eneida M Diaz-Castro, 1909 Line Alley, Northampton, PA 18067-1311 |
| 14990649 | | 10 Ppl Electric Utilities Corpora, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990656 | + | Community Bank, 219 S Ninth St, Perkasie, PA 18944-1325 |
| 14990660 | | First Commonwealth Fcu, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14999209 | + | Mariner Finance, LLC, Fox and Fox Attorneys at Law, P.C., c/o Craig H. Fox, Esquire, Suite 200, 700 E. Main Street Norristown, PA 19401-4122 |
| 14990668 | | Merrick Bank Corp, 5770 Roosevelt Blvd Ste 410, Clearwater, FL 33760 |
| 15006014 | + | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12614, Norfolk, VA 23541-0614 |
| 14990644 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 11 2026 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 11 2026 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15005278 | | EDI: ATLASACQU | Jul 11 2026 04:17:00 | Atlas Acquisitions LLC, on behalf of Independence Capital Recove, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14990650 | | EDI: BANKAMER | Jul 11 2026 04:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15001374 | | EDI: BANKAMER | Jul 11 2026 04:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14990652 | | EDI: CRFRSTNA.COM | Jul 11 2026 04:17:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14990648 | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14995518 | | EDI: CRFRSTNA.COM | Jul 11 2026 04:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14990651 | | EDI: CAPITALONE.COM | Jul 11 2026 04:17:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14990653 | | EDI: CITICORP | Jul 11 2026 04:17:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14990654 | | EDI: CITICORP | Jul 11 2026 04:17:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

District/off: 0313-4        User: admin        Page 2 of 4

Date Rcvd: Jul 10, 2026        Form ID: 318        Total Noticed: 55

| ID | Flag | Delivery | Timestamp | Recipient |
|---|---|---|---|---|
| 14990655 | | EDI: PRA.COM | Jul 11 2026 04:17:00 | Citibank N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15015027 | | EDI: CITICORP | Jul 11 2026 04:17:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14990657 | | Email/Text: bdsupport@creditmanagementcompany.com | Jul 11 2026 00:17:00 | Credit Management Company, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 14990658 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2026 00:26:59 | Credit One Bank, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14990666 | | EDI: CITICORP | Jul 11 2026 04:17:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 15001661 | | EDI: DISCOVER | Jul 11 2026 04:17:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14990659 | | EDI: DISCOVER | Jul 11 2026 04:17:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14990661 | | Email/Text: BNSFS@capitalsvcs.com | Jul 11 2026 00:17:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 14990662 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Jul 11 2026 00:17:00 | Firstpoint Collection Resources, Attn: Bankruptcy, 225 Commerce Pl, Greensboro, NC 27401-2426 |
| 14990663 | | EDI: LCIICSYSTEM | Jul 11 2026 04:17:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 14990641 | + | EDI: IRS.COM | Jul 11 2026 04:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15008668 | | EDI: JEFFERSONCAP.COM | Jul 11 2026 04:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15003028 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 11 2026 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14990664 | | EDI: JPMORGANCHASE | Jul 11 2026 04:17:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15012692 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2026 00:26:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990665 | + | Email/Text: bknotification@loandepot.com | Jul 11 2026 00:17:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 14996725 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 11 2026 00:26:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14990667 | | Email/Text: bankruptcy@marinerfinance.com | Jul 11 2026 00:17:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15012934 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2026 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15005487 | | EDI: PRA.COM | Jul 11 2026 04:17:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14990669 | | EDI: PRA.COM | Jul 11 2026 04:17:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14990642 | + | EDI: PENNDEPTREV | Jul 11 2026 04:17:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 14990645 | ^ | MEBN | Jul 11 2026 00:16:03 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14990647 | + | Email/Text: bankruptcy@philapark.org | Jul 11 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 55

| | | | |
|---|---|---|---|
| | | | 19106-1538 |
| 15000853 | EDI: Q3G.COM | Jul 11 2026 04:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14990670 | Email/Text: bankruptcy@snapfinance.com | Jul 11 2026 00:17:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 15013088 | + EDI: AIS.COM | Jul 11 2026 04:17:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14990671 | EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990672 | EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990673 | EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14990674 | ^ MEBN | Jul 11 2026 00:16:12 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259004, Plano, TX 75025-9004 |
| 15011102 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 11 2026 00:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14990646 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 11 2026 00:17:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 14990643 | ^ MEBN | Jul 11 2026 00:15:43 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14990675 | EDI: WFHOME | Jul 11 2026 04:17:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 15002696 | + Email/Text: bknotification@loandepot.com | Jul 11 2026 00:17:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name** | **Email Address**

BRAD J. SADEK

District/off: 0313-4                          User: admin                              Page 4 of 4

Date Rcvd: Jul 10, 2026                       Form ID: 318                          Total Noticed: 55

on behalf of Debtor Eneida M Diaz-Castro brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

CHRISTINE C. SHUBERT

christine.shubert@comcast.net  J100@ecfcbis.com

CRAIG H. FOX

on behalf of Creditor Mariner Finance  LLC bankruptcy@foxandfoxlaw.com,
cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

JOHN ERIC KISHBAUGH, I

on behalf of Creditor LOANDEPOT.COM  LLC ekishbaugh@kmllawgroup.com

KERI P EBECK

on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eneida M Diaz–Castro | Social Security number or ITIN | xxx–xx–5951 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   25–11148–pmm

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eneida M Diaz–Castro

7/10/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**