United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 25-11148-pmm

Eneida M Diaz-Castro                                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Eneida M Diaz-Castro, 1909 Line Alley, Northampton, PA 18067-1311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Eneida M Diaz-Castro brad@sadeklaw.com |
| | bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTINE C. SHUBERT | |
| | christine.shubert@comcast.net  J100@ecfcbis.com |
| CRAIG H. FOX | |
| | on behalf of Creditor Mariner Finance  LLC bankruptcy@foxandfoxlaw.com, |
| | cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| JOHN ERIC KISHBAUGH, I | |
| | on behalf of Creditor LOANDEPOT.COM  LLC ekishbaugh@kmllawgroup.com |
| KERI P EBECK | |
| | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com |
| | btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0313-4                          User: admin                                          Page 2 of 2
Date Rcvd: Jul 16, 2026                       Form ID: 195                                     Total Noticed: 1

MATTHEW K. FISSEL

     on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 7


Eneida M Diaz−Castro                                      : Case No. 25−11148−pmm
        Debtor(s)


### *ORDER*
_____


   AND NOW, this day , July 15, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                   By The Court

                                   Patricia M. Mayer
                                   Judge, United States Bankruptcy Court


                                                           60
                                                         Form 195